LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *lfink@springelfink.com*

Attorneys for Defendant,
*LVNV FUNDING, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA RENEE GORDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.: 2:24-cv-00975-JCM-EJY<br><br>**STIPULATION TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant LVNV FUNDING, LLC ("LVNV") and Plaintiff LISA RENEE GORDON stipulate and agree as follows:

1. LVNV's time to respond to the Complaint (ECF No. 1), filed on May 24, 2024 and served on May 30, 2024, will be continued from June 20, 2024 to July 8, 2024; and

///
///
///
///
///
///

-1-

2. LVNV requires additional time to investigate the allegations and respond to the Complaint.

3. This brief extension will also allow the parties to discuss a possible early resolution of the case to preserve the expenditure of unnecessary attorney's fees and costs. This is LVNV's first request for an extension.

DATED this 17th day of June, 2024

SPRINGEL & FINK LLP

By: */s/ Leonard T. Fink*
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148

Attorney for Defendant,
*LVNV FUNDING, LLC*

DATED this 17th day of June, 2024

LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147

Attorney for Plaintiff,
*LISA RENEE GORDON*

**IT IS SO ORDERED:**

DATED: June 17, 2024

_____
UNITED STATES MAGISTRATE JUDGE
U.S.D.C. Case No. 2:24-cv-00975-JCM-EJY