Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA RENEE GORDON, an individual;<br><br>Plaintiff;<br><br>v.<br><br>LVNV FUNDING, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:24-cv-00975-JCM-EJY<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF LVNV FUNDING, LLC WITH PREJUDICE** |

Plaintiff, Lisa Renee Gordon ("Plaintiff") and Defendant, LVNV Funding, LLC ("LVNV") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and LVNV bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 14, 2024

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: October 14, 2024

**SPRINGEL & FINK, LLP**

*/s/ Leonard T. Fink*
Leonard T. Fink, Esq.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148
lfink@springelfink.com
***Attorneys for LVNV Funding, LLC***

## ORDER

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against LVNV are hereby dismissed with prejudice. Each party will bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

*Law Office of Kevin L. Hernandez*
*8920 W. Tropicana Avenue, Suite 101*
*Las Vegas, Nevada 89147*
*TEL: (702) 563-4450  FAX: (702) 552-0408*